# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVON DANTE HARRIS, JR., <br><br> Plaintiff, <br><br> v. <br><br> KERN COUNTY SHERIFFS, et al., <br><br> Defendants. | Case No.: 1:19-cv-0262 -LJO- JLT <br><br> ORDER RECLASSIFYING THE CASE AS A "PRISONER CASE" <br><br> ORDER DIRECTING PLAINTIFF TO PAY THE FILING FEE OR FILE A MOTION TO PROCEED IN FORMA PAUPERIS <br><br> ORDER REQUIRING PLAINTIFF TO FILE A SIGNED COPY OF THE COMPLAINT |

In this action, the plaintiff alleges the defendants have conspired to murder him and have taken out insurance policies on his life. (Doc. 1) He is currently in custody and sues, among others, employees of the County of Kern. Therefore, the Court will reclassify the matter as a "prisoner action."

Also, the plaintiff has failed to file an application to proceed in forma pauperis or to pay the filing fee. As a general rule, all parties instituting any civil action, suit or proceeding in a United States District Court must pay a filing fee. 28 U.S.C. § 1915(a). However, the Court may authorize the commencement of an action without the filing fee "by a person who submits an affidavit that includes a statement of all assets such [person] possesses that the person is unable to pay such fees or give security therefore." 28 U.S.C. § 1915(a)(1). Therefore, an action may proceed despite a failure to

prepay the filing fee only if leave to proceed in forma pauperis is granted by the Court.[1] *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

Finally, the complaint does not include the plaintiff's signature. (Doc. 1) Every pleading filed with the Court must be signed. Fed.R.Civ.P.11(a). Thus, the plaintiff must file a signed copy of the complaint. Accordingly, the Court **ORDERS**:

1. The action is reclassified as a "prisoner case." Despite this, the requirements of Local Rules 230(l), 240(c)(8) and 271(a)(2) **SHALL NOT** apply;
2. The plaintiff **SHALL** pay the filing fee or file a motion to proceed in forma pauperis within 21 days of service of this;
3. The plaintiff **SHALL** file a signed copy of the complaint within 21 days of service of this order.

**<u>Failure to comply with this order may result in dismissal of this action pursuant to Local Rule 110.</u>**

IT IS SO ORDERED.

Dated: **February 26, 2019**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that the plaintiff was been determined to have filed at least three frivolous lawsuits in the past. Thus, he may proceed in formal pauperis only in very limited circumstances.

2