# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVON DANTE HARRIS, JR., <br><br> Plaintiff, <br><br> v. <br><br> KERN COUNTY SHERIFFS, et al., <br><br> Defendants. | Case No.: 1:19-cv-0262 - LJO - JLT <br><br> ORDER DENYING PLAINTIFF'S REQUEST FOR A SCHEDULING ORDER <br><br> (Doc. 6) |

Devon Dante Harris, Jr. asserts the defendants violated his civil rights, as well as several federal and state criminal statutes. (*See generally* Doc. 3) On April 23, 2019, the Court recommended the action be dismissed without prejudice and informed Plaintiff he may file objections to the recommendation within fourteen days. (Doc. 5 at 15) Instead, Plaintiff requests the Court issue a scheduling order so that he is "aware of all deadlines." (Doc. 6 at 1) Because a scheduling order is premature, Plaintiff's request for a scheduling order is **DENIED**.

IT IS SO ORDERED.

Dated: **May 7, 2019**                **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1