# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVON DANTE HARRIS, JR., <br><br> Plaintiff, <br><br> v. <br><br> KERN COUNTY SHERIFFS, et al., <br><br> Defendants. | Case No.: 1:19-cv-0262 - LJO - JLT <br><br> ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS ACTION IN LIGHT OF THE NOTICE OF VOLUNTARY DISMISSAL <br><br> (Doc. 8) |

On May 8, 2019, Devon Dante Harris, Jr. filed a "Notice of Dismissal," indicating "[t]his action is dismissed by the Plaintiff in its entirety… pursuant to Fed. R. Civ. P. 41(a) or (c)." (Doc. 8 at 1) Pursuant to Rule 41(a)(1)(A), "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because the defendants had not appeared or filed an answer, the action was automatically terminated. *Id.* Accordingly, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: **May 9, 2019**                         **/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE